IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILLAGER FRANCHISE SYSTEMS, INC., <br><br>Plaintiff and Counter-Defendant, <br><br>vs. <br><br>DHAMI, DHAMI & VIRK, a general partnership, MALUK DHAMI, an individual, and KULDIP S. DHAMI, an individual, <br><br>Defendants and Counter-Claimants. | No. CV-F-04-6393 REC SMS <br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT ANY REPLY BRIEF AND SUPPORTING DECLARATIONS REGARDING ATTORNEY FEES AND INTEREST BY MARCH 30, 2006. |

    On January 26, 2006, the Court issued its Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment or Alternatively For Partial Summary Judgment.  Pursuant to the Court's Order, Plaintiff filed a Supplemental Brief Re Attorneys' Fees and Interest on February 24, 2006.  On March 14, 2006, Defendants filed a brief that disputed Plaintiff's claims for attorney's fees and interest.

    The Court finds that further briefing or supporting

1

declarations by Plaintiff in response to the points Defendants raised would be helpful to resolving those issues.

**ACCORDINGLY**, no later than March 30, 2006, Plaintiff may file a reply brief and any supporting declarations in response to Defendants' filing of March 14, 2006.  Any further briefing shall be at the direction of the Court.

IT IS SO ORDERED.

**Dated:  March 14, 2006**                    /s/ Robert E. Coyle
810ha4                                        UNITED STATES DISTRICT JUDGE

2