UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILLAGER FRANCHISE SYSTEMS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>DHAMI, DHAMI & VIRK, a general partnership, MALUK DHAMI, an individual; and KULDIP S. DHAMI, an individual,<br><br>        Defendants.<br>_____/<br>AND RELATED COUNTER-CLAIM.<br>_____/ | 1:04-cv-06393-OWW-SMS<br><br>**ORDER DIRECTING DEFENSE COUNSEL TO E-FILE A STATUS REPORT**<br>**~and~**<br>**SETTING A FURTHER/THIRD TELEPHONIC STATUS CONFERENCE**<br><br>Status Report Filing Deadline: 6/23/06<br><br>Further/Third Telephonic Status Conference: 7/20/06, 9:00am, **Judge Snyder** |

    The Court is in receipt of Plaintiff's Status Conference Report, e-filed June 8, 2006 (Doc. 53), as referenced in the court minutes e-filed June 6, 2006 (Doc. 51).  Attorney Natasha A. Bellroth was directed by the undersigned to file a brief status conference statement regarding the status of the dismissal anticipated by virtue of the e-ruling of the Honorable Robert E. Coyle on April 13, 2006 (Doc. 49).

//

1

1   Defendant's counsel, Henry O. Boaten, is hereby ORDERED to
2 e-file a Status Report regarding his clients' positions
3 concerning the dismissal on or before June 23, 2006.  If the
4 Court does not hear from Attorney Boaten as herein directed, an
5 Order to Show Cause re: contempt for failure to abide by
6 previously-imposed court orders will issue, perhaps even
7 requiring his personal appearance in Fresno, CA.
8    A Further/Third Telephonic Status Conference is hereby SET
9 for July 20, 2006 at 9:00 a.m., with this Court for which
10 Plaintiff's counsel shall be responsible for arranging with
11 opposing counsel, as well as this Court.
12   **NOTE**:  On June 7, 2006 (Doc. 52), Chief Judge David F. Levi
13 in Sacramento, CA, ordered this action reassigned from the docket
14 of Judge Coyle to the docket of Judge Wanger, thereby changing
15 the case number to **1:04-cv-06393-OWW-SMS**.  Counsel are herein
16 advised that use of an incorrect case number, including the
17 district judge's initials, may result in documents being
18 incorrectly calendared by the appropriate judicial officer or
19 staff.
20 IT IS SO ORDERED.
21 **Dated:   June 12, 2006**              **/s/ Sandra M. Snyder**
   icido3                        UNITED STATES MAGISTRATE JUDGE

2