GLENN J. PLATTNER (SBN: 137454)
SABRINA L. SHADI (SBN: 205405)
NATASHA A. BELLROTH (SBN: 223482)
JENKENS & GILCHRIST LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90025-7120
Telephone:     (310) 820-8800
Facsimile:      (310) 820-8859

Attorneys for Plaintiff and Counter-Defendant
KNIGHTS FRANCHISE SYSTEMS, successor by merger to
VILLAGER FRANCHISE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILLAGER FRANCHISE SYSTEMS, INC., a Delaware corporation, <br><br>        Plaintiff, <br><br>     vs. <br><br> DHAMI, DHAMI & VIRK a general partnership, MALUK DHAMI, an individual; and KULDIP S. DHAMI, an individual, <br><br>       Defendants. | Case No. CIV. F-04-6393 OWW SMS <br><br> STIPULATION FOR DISMISSAL; ORDER THEREON |

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT, TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the following causes of action in the above-captioned action hereby are dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1):

1.    Plaintiff's Third Cause of Action for Unjust Enrichment; and

2.    Plaintiff's claim for treble damages and attorneys' fees included in its Fifth Cause of Action.

DATED:  June 26, 2006                    JENKENS & GILCHRIST LLP
                                         GLENN J. PLATTNER
                                         SABRINA L. SHADI
                                         NATASHA A. BELLROTH


                                         /s/ NATASHA A. BELLROTH
                                         SABRINA L. SHADI
                                         NATASHA A. BELLROTH
                                         Attorneys for KNIGHTS FRANCHISE
                                         SYSTEMS, successor by merger to VILLAGER
                                         FRANCHISE SYSTEMS, INC


DATED:  June 19, 2006                    LAW OFFICES OF HENRY O. BOATEN, P.A.


                                         /s/ HENRY O. BOATEN
                                         HENRY O. BOATEN, ESQ.
                                         Attorney for DHAMI, DHAMI & VIRK a general
                                         partnership, MALUK DHAMI and KULDIP S.
                                         DHAMI

PDF created with pdfFactory trial version www.pdffactory.com

1

# <u>ORDER</u>

2

IT IS SO ORDERED:

3

4

5

DATED: June 30, 2006                                    /s/ OLIVER W. WANGER
                                                        HONORABLE OLIVER W. WANGER

6
                                                        UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA                )
                                   )  ss.
COUNTY OF LOS ANGELES              )

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025.

     On July 5, 2006, I served the foregoing document described as **STIPULATION FOR DISMISSAL; ORDER THEREON** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelopes addressed as follows:

Henry O. Boaten, Esq.                    Douglas L. Neibauer, Esq.
Law Offices of Henry O. Boaten, P.A.     620 – 12th St.
1013 SW 10th Avenue                      Modesto, CA  95354
Topeka, Kansas 66604                     Telephone:  (209) 526-2211
Telephone:  (785) 383-8300

     **[ X ]  BY MAIL:**  I placed true copies of the foregoing document in  sealed envelopes addressed as stated on the above/attached service list.  I placed such envelope, with postage thereon fully prepaid, for collection and mailing at Jenkens & Gilchrist, Los Angeles, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice the mail would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     **[ ]  PERSONAL:**  I personally delivered such envelope by hand to the address above.

     **[ ]  BY FAX:** I served the foregoing document on the interested parties in this action by transmitting the above-referenced document to the above-mentioned at the following telecopy number.

     **[ ] BY OVERNITE EXPRESS:**  I served the foregoing document on the interested parties in this action by placing the document(s) listed above to be delivered via Overnite Express in a sealed envelope at Los Angeles, California addressed as set forth below.

     I declare under penalty pursuant to the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on July 5, 2006 in Los Angeles, California.

                /s/ NANCY L. WILLIAMS
                NANCY L. WILLIAMS

PDF created with pdfFactory trial version www.pdffactory.com