1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| VILLAGER FRANCHISE SYSTEMS, INC., a Delaware corporation, | Case No.  CIV. F-04-6393 REC SMS |
| Plaintiff, | [Honorable Robert E. Coyle] **JUDGMENT** |
| vs. | |
| DHAMI, DHAMI & VIRK a general partnership, MALUK DHAMI, an individual; and KULDIP S. DHAMI, an individual, | |
| Defendants. | |
| DHAMI, DHAMI & VIRK a general partnership, MALUK DHAMI, an individual; and KULDIP S. DHAMI, an individual, | |
| Counter-Claimants, | |
| VILLAGER FRANCHISE SYSTEMS, INC., a Delaware corporation, | |
| Counter-Defendant. | |

1

PDF created with pdfFactory trial version www.pdffactory.com

1    This action came on for hearing before the Court, on December 5, 2005, Honorable

2    Robert E. Coyle, District Judge Presiding, on a Motion for Summary Judgment, and

3    Supplemental briefs re attorneys' fees and interest were submitted by the parties pursuant to this

4    Court's Order issued January 6, 2006.

5    After full consideration of the briefs, evidence and documentation submitted by all

6    parties and the authorities submitted by counsel and a decision having been duly rendered IT IS

7    SO ORDERED AND ADJUDGED that Judgment is for plaintiff KNIGHTS FRANCHISE

8    SYSTEMS, INC., SUCCESSOR BY MERGER TO VILLAGER FRANCHISE SYSTEMS,

9    INC., and against defendants DHAMI, DHAMI & VIRK a general partnership, MALUK

10   DHAMI, an individual; and KULDIP S. DHAMI, an individual.

11   Defendant DHAMI, DHAMI & VIRK a general partnership, MALUK DHAMI, an

12   individual; and KULDIP S. DHAMI, an individual must pay plaintiff VFS the following:

13   (1)   Pre-judgment interest in the amount of $56,964.60 on unpaid liquidated damages;

14   (2)   Pre-judgment interest in the amount of $26,126.10 on unpaid Recurring Fees;

15   (3)   Pre-judgment interest in the amount of $30,611.04 on the unpaid Initial Fee Note

16   and the Promissory Note;

17   (4)   Attorneys' fees in the amount of $51,788.70 and expenses in the amount of

18   $5,784.15; and

19   (5)   Post-judgment interest shall accrue on the amount awarded herein from the date

20   of entry of this Judgment until the Judgment is satisfied at the rate of 10%.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

2

PDF created with pdfFactory trial version www.pdffactory.com

1

2      **KNIGHTS FRANCHISE SYSTEMS, INC., SUCCESSOR BY MERGER TO**

3  **VILLAGER FRANCHISE SYSTEMS, INC., THEREFORE IS GRANTED INTEREST,**

4  **ATTORNEYS' FEES AND COSTS IN THE TOTAL AMOUNT OF $171,274.59, PLUS**

5  **POST-JUDGMENT INTEREST.**

6

7  Dated:  __June 30____, 2006              __/s/ OLIVER W. WANGER_____
                                                  **Honorable Oliver W. Wanger**
8

9  *SUBMITTED BY:*

10  JENKENS & GILCHRIST, LLP

11

12  By:/s/ NATASHA BELLROTH_____
            NATASHA BELLROTH
13          SABRINA L. SHADI
            Attorneys for Knights Franchise Systems, Inc.,
14          successor by merger to Villager Franchise Systems, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

PDF created with pdfFactory trial version www.pdffactory.com