# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILLAGER FRANCHISE SYSTEMS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>DHAMI, DHAMI & VIRK a general partnership, MALUK DHAMI, an individual; and KULDIP S. DHAMI, an individual,<br><br>    Defendants.<br>_____<br>DHAMI, DHAMI & VIRK a general partnership, MALUK DHAMI, an individual; and KULDIP S. DHAMI, an individual,<br><br>    Counter-Claimants,<br><br>VILLAGER FRANCHISE SYSTEMS, INC., a Delaware corporation,<br><br>    Counter-Defendant.<br>_____ | Case No. CIV. F-04-6393 OWW SMS<br><br>[Honorable Oliver W. Wanger]<br><br>**CORRECTED JUDGMENT** |

1

Corrected Judgment

PDF created with pdfFactory trial version www.pdffactory.com

This action came on for hearing before the Court, on December 5, 2005, Honorable Robert E. Coyle, District Judge Presiding, on a Motion for Summary Judgment, and Supplemental briefs re attorneys' fees and interest were submitted by the parties pursuant to this Court's Order issued January 6, 2006.  On June 30, 2006, this Court entered judgment ("June 30, 2006 Judgment") in favor of the plaintiff in the amount of $171,274.59, but the June 30, 2006 Judgment mistakenly included only the pre-judgment interest and attorneys' fees awarded to the plaintiff and not the other damages that were awarded.  Therefore, the June 30, 2006 Judgment is hereby vacated and replaced as follows:

After full consideration of the briefs, evidence and documentation submitted by all parties and the authorities submitted by counsel and a decision having been duly rendered IT IS SO ORDERED AND ADJUDGED that Judgment is for plaintiff KNIGHTS FRANCHISE SYSTEMS, INC., SUCCESSOR BY MERGER TO VILLAGER FRANCHISE SYSTEMS, INC., and against defendants DHAMI, DHAMI & VIRK a general partnership, MALUK DHAMI, an individual; and KULDIP S. DHAMI, an individual.

Defendant DHAMI, DHAMI & VIRK a general partnership, MALUK DHAMI, an individual; and KULDIP S. DHAMI, an individual must pay plaintiff VFS the following:

(1) Liquidated Damages in the amount of $100,000.00;

(2) Unpaid Recurring Fees in the amount of $45,862.73;

(3) The unpaid principal on Promissory Note and Initial Fee Note in the amount of $45,500.00;

(4) Pre-judgment interest in the amount of $56,964.60 on unpaid liquidated damages;

(5) Pre-judgment interest in the amount of $26,126.10 on unpaid Recurring Fees;

(6) Pre-judgment interest in the amount of $30,611.04 on the unpaid Initial Fee Note and the Promissory Note;

(7) Attorneys' fees in the amount of $51,788.70 and expenses in the amount of $5,784.15; and

(5) Post-judgment interest shall accrue on the amount awarded herein from the date of entry of this Judgment until the Judgment is satisfied at the rate of 10%.

PDF created with pdfFactory trial version www.pdffactory.com

1 **KNIGHTS FRANCHISE SYSTEMS, INC., SUCCESSOR BY MERGER TO**
2 **VILLAGER FRANCHISE SYSTEMS, INC., THEREFORE IS GRANTED DAMAGES,**
3 **INTEREST, ATTORNEYS' FEES AND COSTS IN THE TOTAL AMOUNT OF**
4 **$362,637.32, PLUS POST-JUDGMENT INTEREST.**

Dated:  October 31, 2006             _____/s/ Oliver W. Wanger_____
                                     **Honorable Oliver W Wanger**

3

Corrected Judgment

PDF created with pdfFactory trial version www.pdffactory.com